UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re* Ex Parte Application of

TPK Touch Solutions (Xiamen) Inc.

Applicant.

Case No.

**~~[PROPOSED]~~ ORDER GRANTING TPK'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM SPRINT FOR USE IN FOREIGN PROCEEDINGS**

This matter comes before the Court on the Ex Parte Application of TPK Touch Solutions (Xiamen) Inc. ("TPK"), for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) ("the Application"), which seeks documents from Sprint Spectrum L.P. ("Sprint") for use in patent litigation proceedings in China between TPK and O-film Tech Co., Ltd. and for potential use in patent invalidation proceedings in China's State Intellectual Property Office.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application of TPK.

**IT IS HEREBY ORDERED THAT TPK IS GRANTED LEAVE TO** issue a subpoena for documents in substantially the same form as attached as Exhibit B to the Application, directing Sprint to produce the documents requested at the offices of counsel for TPK, Orrick, Herrington & Sutcliffe LLP, 1020 Marsh Rd., Menlo Park, California 94025, or another location mutually agreeable to TPK and Sprint.

**IT IS SO ORDERED.**

Dated: 8/19/16

[signature]

United States ~~District~~ Magistrate Judge